# EXHIBIT B

(INFRINGEMENT CHART FOR U.S. PATENT NO. 9,906,067)

**Accused Instrumentalities:**  Samsung's Wireless PowerShare feature as exemplified by the Galaxy S10

| | |
|---|---|
| 1. An apparatus, comprising: | The Accused Instrumentalities include an apparatus, e.g., the Galaxy S10 is shown:<br><br>Samsung, *Buy Galaxy S10 . . . ,* SAMSUNG.COM.[1]<br><br>In particular, the Accused Instrumentalities includes the Wireless PowerShare feature, e.g., as shown:<br><br>Samsung, *Samsung Galaxy S10e . . . ,* SAMSUNG.COM;[2] *see also* Official Phone Commercials HD, *Samsung Galaxy S10 Official Ad*, YOUTUBE.COM (Feb. 20, 2019).[3] |

---

[1] Available at https://www.samsung.com/us/mobile/galaxy-s10/buy/ (last visited Aug. 13, 2020).
[2] Available at https://www.samsung.com/us/mobile/galaxy-s10/ (last visited Aug. 13, 2020).
[3] Available at https://www.youtube.com/watch?v=r2Zl67Jlhno (last visited Aug. 13, 2020).

| | |
|---|---|
| a first magnetic core piecepart having a first metallic coil encircling at least a portion thereof and configured to be coupled to, aligned with and removable from a second magnetic core piecepart having a second metallic coil encircling at least a portion thereof to form a transformer; and | The Accused Instrumentalities include a first magnetic core piecepart having a first metallic coil encircling at least a portion thereof and configured to be coupled to, aligned with and removable from a second magnetic core piecepart having a second metallic coil encircling at least a portion thereof to form a transformer.<br><br>The Accused Instrumentalities include a first magnetic core piecepart having a first metallic coil encircling at least a portion thereof, e.g., as shown:<br><br><br><br>(JerryRigEverything, *Galaxy S10 Teardown – Does Ultrasonic Measure Up?*, YOUTUBE.COM (Mar. 5, 2019))[4]<br><br> |

---

[4] Available at https://www.youtube.com/watch?v=kHzmFPoZbCA (last visited Aug. 13, 2020).

**EXHIBIT B (INF. CHART RE 9,906,067)** 2

(Samsung US, *Galaxy S10: Official Introduction*, YOUTUBE.COM;[5] *see also* Samsung Philippines, *Galaxy S10: Official Introduction*, YOUTUBE.COM (Feb. 21, 2019))[6]

A teardown and testing of the S10 was conducted. The S10's coil assembly was removed and is shown below:



Teardown Pictures.

As shown below, the coil assembly was first cut horizontally in half (with respect to the orientation of the coil assembly as shown in the below picture), then the upper half was cut vertically into quarters. Portions of the coil assembly's black sheathing were peeled back and also scraped. A portion of the core piecepart was cut off, and tested for magnetic properties. That testing confirmed that the core piecepart was a ferromagnetic substance with high magnetic permeability. The following picture shows the coil assembly after testing:



Teardown Pictures.

---

[5] Previously available at https://www.youtube.com/watch?v=ZCfgkIyD9g0 (last visited Aug. 13, 2020 (video now designated private)).
[6] Available at https://www.youtube.com/watch?v=VqpZKflGw4Y&t=177s (last visited Aug. 13, 2020).

**EXHIBIT B (INF. CHART RE 9,906,067)**                                                                                           3

|  | The Accused Instrumentalities are configured to be coupled to, aligned with and removable from a second magnetic core piecepart having a second metallic coil encircling at least a portion thereof (the second S10 device shown includes the second magnetic core piecepart substantially the same as the first device), e.g., two S10 devices are shown:<br><br><br><br>Samsung, *How to use PowerShare on your Galaxy phone*, SAMSUNG.COM.⁷<br><br>The Accused Instrumentalities include specialized integrated circuits and software, among other things, that are configured and control the device.  For example, the below picture shows specialized hardware elements that are configured to support the Wireless PowerShare feature: |
|---|---|

---

⁷ Available at https://www.samsung.com/levant/support/mobile-devices/how-to-use-wireless-powershare/ (last visited Aug. 13, 2020).

**EXHIBIT B (INF. CHART RE 9,906,067)**     **4**



JerryRigEverything, *Galaxy S10 Teardown – Does Ultrasonic Measure Up?*, YOUTUBE.COM (Mar. 5, 2019).[8]

For example, the below picture shows specialized software and user interface elements that are configured to support the Wireless PowerShare feature:

 

Samsung US, *Galaxy S10: How to Use Wireless PowerShare*, YOUTUBE.COM (May 17, 2019).[9]

---

[8] Available at https://www.youtube.com/watch?v=kHzmFPoZbCA (last visited Aug. 13, 2020).
[9] Available at https://www.youtube.com/watch?v=OdhWtnIPJn4 (last visited Aug. 13, 2020).

**EXHIBIT B (INF. CHART RE 9,906,067)**     **5**

| | |
|---|---|
| a battery metallically coupled to said first metallic coil and configured to be charged and discharged through an electrically isolating path of said transformer. | The Accused Instrumentalities include a battery metallically coupled to said first metallic coil and configured to be charged and discharged through an electrically isolating path of said transformer, e.g., as shown:<br><br><br><br>(JerryRigEverything, *Galaxy S10 Teardown – Does Ultrasonic Measure Up?*, YOUTUBE.COM (Mar. 5, 2019))[10]<br><br>(Teardown Pictures)<br><br>The Accused Instrumentalities are configured to be charged and discharged through an electrically isolating path of said transformer, e.g., as shown: |

---

[10] Available at https://www.youtube.com/watch?v=kHzmFPoZbCA (last visited Aug. 13, 2020).

**EXHIBIT B (INF. CHART RE 9,906,067)**                                                    6

| | |
|---|---|
| |    first device's battery is being discharged   second device's battery is being charged   Samsung, *How to use PowerShare on your Galaxy phone,* SAMSUNG.COM.[11]   When the first and second device are switched so that the second device charges the first device, the first device's battery is charged and the second device's battery is discharged.   Additionally, multiple devices of Accused Instrumentalities were tested using an oscilloscope and sniffer. That testing further evidenced and confirmed infringement. |
| 15. A system, comprising: a wireless battery interface including a wireless battery interface magnetic core piecepart; and a wireless battery, including: a wireless battery magnetic core piecepart configured to be coupled to, aligned with and removable from said wireless battery interface magnetic core piecepart to form a transformer; and | *See* Claim 1 *supra*. |

---

[11] Available at https://www.samsung.com/levant/support/mobile-devices/how-to-use-wireless-powershare/ (last visited Aug. 13, 2020).

**EXHIBIT B (INF. CHART RE 9,906,067)**                                                                                      **7**

| | |
|---|---|
| a battery metallically coupled to a first metallic coil encircling at least a portion of said wireless battery magnetic core piecepart and configured to be charged and discharged through an electrically isolating path of said transformer. | |