THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Garrity Power Services LLC,<br>        Plaintiff,<br><br>    v.<br><br>Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.,<br><br>        Defendants. | Civil Action No.  2:20-cv-269<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW JASPAL S. HARE AS COUNSEL FOR GPS

Plaintiff Garrity Power Services LLC ("GPS") hereby moves this Court to withdraw **JASPAL SINGH HARE** from this case as counsel for GPS because Mr. Hare no longer represents GPS.

Garrity Power Services will continue to be represented by the undersigned as well as other counsel that have already appeared, thus there is no prejudice to GPS from the removal of Mr. Hare from this case.

This motion is UNOPPOSED.

Respectfully submitted,

/s/ Thomas C. Wright
Thomas C. Wright
Texas Bar No. 24028146
**INDUCTION-IP PLLC**
P.O. Box 140166
Dallas, TX 75214
214-729-5190
twright@induction-ip.com
**COUNSEL FOR**
**GARRITY POWER SERVICES**

## CERTIFICATE OF CONFERENCE

The undersigned conferred with Melissa Richards Smith, counsel for both defendants regarding this motion, and neither defendant is opposed to the motion.

/s/ Thomas C. Wright
Thomas C. Wright

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of November, 2021, all counsel of record who are have consented to electronic service were served a copy of the foregoing through the Court's CM/ECF system.

/s/ Thomas C. Wright
Thomas C. Wright