IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GARRITY POWER SERVICES, LLC | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO.  2:20-cv-00269-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO. LTD, et al | § | |
| *Defendants.* | § | |

## AMENDED REPORT OF MEDIATION

The above-captioned case was mediated via Zoom video conference by David Folsom on Monday, October 4, 2021, between Plaintiff, Garrity Power Services, LLC, and Defendants, Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc., which resulted in a suspension.  Since that time, the undersigned mediator has continued to work with the parties, and now reports that a settlement has been reached.

Signed this 14th day of January 2022.

*/s/  David Folsom*
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 255-3250
Facsimile:  (903) 255-3265
E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 14th day of January 2022.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/  David Folsom*
David Folsom